(November 17, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDRA V. TSEITLIN, on Behalf of SHEILA ROBINSON, Petitioner, v JOSEPH PONTE, Respondent. [19 NYS3d 173]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 8329/15.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County indictment No. 8329/15 to the sum of $30,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $15,000 as a cash bail alternative, on condition that the defendant surrender any and all passports she may have to the Office of the District Attorney of Kings County and is prohibited from applying for any new or replacement passports; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has (1) given an insurance company bail bond in the sum of $30,000 or has deposited the sum of $15,000 as a cash bail alternative, and (2) surrendered any and all passports she may have to the Office of the District Attorney of Kings County, and has provided the Office of the District Attorney of Kings County with an affidavit attesting that she has not and will not apply

for any new or replacement passports, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Balkin, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.